UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS CARPENTER,

    Plaintiff,

v.    Case No. 8:19-cv-183-T-24 AAS

PLANTATION HOMEOWNERS, INC.,

    Defendant.

_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motions for Approval of Settlement. (Doc. No. 22, 25). In these motions, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claim. Having reviewed the settlement agreement and upon due consideration of the motion and the record in this case, the Court finds that the settlement agreement in this case is a fair and reasonable resolution of bona fide dispute over Fair Labor Standards Act provisions.

Accordingly, it is ORDERED AND ADJUDGED that the motions (Doc. No. 22, 25) are **GRANTED**. The case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of November, 2019.

                                                SUSAN C. BUCKLEW
                                              United States District Judge

Copies to: Counsel of Record